**FILED**
**APRIL 23, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 20 2008
Mar 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Joselito Roman

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

08CV1636
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Chicago Police Department
District 25
Officer Matthew R. Scott #5180
Officer Jason S Motyka #4427

_(Enter above the full name of ALL defendants in this action. Do not use "et al.")_

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: Joselito Roman

   B.  List all aliases: Jose Hernandez

   C.  Prisoner identification number: 20070079615

   D.  Place of present confinement: Div 11 P.O. Box 089002

   E.  Address: Chicago, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Officer Matthew R. Scott #5180

       Title: Chicago Police

       Place of Employment: 25th District

   B.  Defendant: Officer Jason S Motyka #4427

       Title: Chicago Police

       Place of Employment: 25th District

   C.  Defendant: _____

       Title: _____

       Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __NA__

B. Approximate date of filing lawsuit: __NA__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NA__

D. List all defendants: __NA__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NA__

F. Name of judge to whom case was assigned: __NA__

G. Basic claim made: __NA__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NA__

I. Approximate date of disposition: __NA__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I state and stand by the claim. Due to circumstances beyond my control I have been arrested for controlled substance. Due to arrest report an complaint an search warrant for a Black Chevy that I do not own and the searching of the second floor apartment where evidence was found or is it my residents I dont live. And the searching of all 3 floors with out a warent for the Building and they stated a Bundle of money was found $95.00 Dollars But In fact it was $1,3.00 Furthermore I have witness that will testify In my Behave.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Humbly ask the Honorably Judge to Declare Compensatoie Damages IN the Amount of $60,000 AN Prunitive Damages IN the Amount of $60,000 or whatever the court Feels Fair.

VI.    The plaintiff demands that the case be tried by a jury.  ☐ YES   ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14 day of March, 20 08

_Joselito Roman_
(Signature of plaintiff or plaintiffs)

Joselito Roman
(Print name)

20070079615
(I.D. Number)

Div II P.O. Box 089002
Chicago, IL 60608

(Address)