## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1636 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Joselito Roman (#2007-0079615) vs. Matthew R. Scott | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's application to proceed in forma pauperis [3] is denied. Plaintiff is given until April 28, 2008, to pay the required filing fee or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that failure to pay the filing fee or file an accurately and properly completed in forma pauperis application form by April 28, 2008, will result in the dismissal of the instant action.

■[ For further details see text below.]      Docketing to mail notices.

### STATEMENT

     This matter is before the court on Plaintiff Joselito Roman's ("Roman") motion for leave to proceed *in forma pauperis*. Roman has not properly completed his *in forma pauperis* application form to allow the court to adjudicate his request. First, Roman indicates on his *in forma pauperis* application form that he is currently incarcerated but has not provided the name of the prison or jail where he is incarcerated and has not provided his prisoner identification number. Second, Roman indicates that he was last employed on October 15, 2007, but he has failed to include the name and address of his last employer and his monthly salary or wages during his last employment. (IFP Par. 2). Finally, Roman indicates that he has not received more than $200 from any source in the last twelve months and that he has no assets. However, a certificate from the correctional institution where Roman is incarcerated indicates that Roman has received monthly deposits in his prison trust account averaging $220.00 per month over the past six months. Roman has failed to include this income on his *in forma pauperis* application form and als has failed to indicate a source for this income. Thus, Roman has not properly completed his *in forma pauperis* application form and we deny Roman's motion for leave to proceed *in forma pauperis*. Roman is given until April 28, 2008, to pay the

**STATEMENT**

required filing fee or file an accurately and properly completed *in forma pauperis* application form.  Roman is warned that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 28, 2008, will result in the dismissal of the instant action.