

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR 23 2008

APR 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 23 2008

Joselito Roman #2007007 9615

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 08CV1636
(To be supplied by the Clerk of this Court)

Chicago Police Department
District 25th
officer Matthew R. Scott
# 5180
officer Jason S. Motyka
# 4427

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:　　　　　AMENDED

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Joselito Roman #2007 007 9615

B. List all aliases: Jose Hernandez

C. Prisoner identification number: ID# 2007 007 9615

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officier Matthew R. Scott #5180

   Title: Chicago Police

   Place of Employment: 25th. District

B. Defendant: Officier Jason S. Motyka #4427

   Title: Chicago Police

   Place of Employment: 25th. District

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I State And Stand By the Claim. Due To Circumstances Beyond my Control I Have Been ARRested for Controlled SuBstance. Due To ARRest report An Complaint And SeARCH WaRRant for A Black Chevy That I do not own And The SeARCHing of The Second floor ARArtment Where The Evidence was found or Where its not my residents And The seaRCHing of all 3 floors with out a waRRant for The Building And They Stated A Bundle of money was found $95.00 Dollars But IN FACT IT was 1300 I was Saving. further more I Have witness That will Testify in my BeHave. I feel My 4 AMENdment was Violated.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Humbly Ask The HoNoRAbly Judge To DeclAre CompeNsoToie damages in The Amount of $60.000 AN pRuNiTive damages IN The Amount of $60.000 or whaTever The CouRTs feels fair.

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  7  day of April, 20 08

_Joselito Roman_
(Signature of plaintiff or plaintiffs)

Joselito Roman
(Print name)

#2007007 9615
(I.D. Number)
# 2007 007 9615

Cook County Jail

Div. 11 Po Box 089002 Chicago Ill. 60608
(Address)

6