# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1636 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Joselito Roman (2007-0079615) vs. Matthew Scott, et al. | | |

**DOCKET ENTRY TEXT**

    This matter is before the court on Plaintiff Joselito Roman's ("Roman") motion for leave to proceed *in forma pauperis*. Roman has failed to provide pertinent information, such as the date of his last employment, his monthly salary and wages, and the name and address of his last employer, as is required on his *in forma pauperis* application form. (IFP Par. 2(a)). Therefore, we deny Roman's motion for leave to proceed *in forma pauperis* [8]. We also note that on April 23, 2008, Roman paid the filing fee in the instant action. The Clerk of Court is directed to issue appropriate summons and complaints to Plaintiff. Plaintiff is warned that failure to properly serve summons and complaint on defendants pursuant to Federal Rules of Civil Procedure 4 will result in a dismissal of the action and/or a dismissal of that defendant not properly served. Status hearing set for 08/26/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|