IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSELITO ROMAN, | ) | |
| | ) | |
| | ) | No. 08 C 1636 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| MATTHEW R. SCOTT and JASON MOTYKA, | ) | Magistrate Judge DENLOW |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Police Officers Matthew Scott and Jason Motyka, by their attorney, Le'Ora Tyree, Assistant Corporation Counsel of the City of Chicago, respectfully move for an extension of time to July 29, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his Complaint on or about March 20, 2008. The City was served with Plaintiff's Civil Rights Complaint ("Complaint") on May 15, 2008. Defendants were served with Plaintiff's Complaint on May 24, 2008.

2. Undersigned counsel was assigned to this case on or about June 10, 2008, the first opportunity that undersigned counsel had to review Plaintiff's Complaint.

3. Undersigned counsel is in the process of reviewing Plaintiff's Complaint and gathering documents responsive to the Complaint.

4. This motion is Defendants' first request for an extension of time to answer or

otherwise plead. This request is made not to delay the proceedings but rather to allow the Defendants to respond properly to the allegations in Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that they be given an extension of time to July 29, 2008, to answer or otherwise plead in response to Plaintiff's Complaint; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MATTHEW SCOTT and
JASON MOTYKA,

BY THEIR ATTORNEY:    /s/ Le'Ora Tyree
LE'ORA TYREE
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1056
Atty. No. 6288669