IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSELITO ROMAN,  Plaintiffs, | ) ) ) **No. 08 C 1636** ) ) |
| v. | ) JUDGE DER-YEGHIAYAN ) |
| MATTHEW R. SCOTT and JASON MOTYKA,  Defendants. | ) Magistrate Judge DENLOW ) ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place or stead, on the 1st day of July, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 13st day of June, 2008.

LE'ORA TYREE
ASSISTANT CORPORATION COUNSEL

BY:   /s/ *Le'Ora Tyree*
LE'ORA TYREE
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon represented parties via the CM/ECF electronic filing system this 21st day of February, 2008.

*/s/ Le'Ora Tyree*
LE'ORA TYREE