IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSELITO ROMAN, | ) | |
| | ) | |
| | ) | **No. 08 C 1636** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| MATTHEW R. SCOTT and JASON MOTYKA, | ) | Magistrate Judge DENLOW |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place or stead, on the 13th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 28st day of July, 2008.

                LE'ORA TYREE
                ASSISTANT CORPORATION COUNSEL

BY:    /s/ *Le'Ora Tyree*
          LE'ORA TYREE
          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon represented parties via the CM/ECF electronic filing system this 28st day of July, 2008.

                /s/ *Le'Ora Tyree*
                LE'ORA TYREE