UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Joselito Roman
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−01636
                                                 Honorable Samuel Der−Yeghiayan

Matthew R. Scott, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants' motions for extension of time to answer or otherwise plead to Plaintiff's complaint [15], [17] are granted to and including 08/27/08. Status hearing reset to 8/28/08 at 9:00 a.m. Status hearing set for 08/26/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.