

8-9-08

To Clerk of The Court,

O8cv 1636

CASE Number O8CV 1636
Judge Samuel DER-Yeghiayan
Magistrate Judge DENlow
CASE Title Joselito Roman (2007-0079615)
      VS Matthew Scott, et AL.
Descriptive Title - Request For Continuance

FILED
Aug 14, 2008
AUG 14 2008  mp
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Due to the Fact that I am currently incarcerated at Cook County Jail, I am requesting a continuance For my court case. My status hearing is set For 8-26-08 at 9am. I would like to get the Longest continuance possible preferably After November 2008, my current trial date For my case in Cook County is 9-15-08. Because of that if a November 2008 or Later date is possible I would be grateful. Thank you

Joselito Roman

JOSElito Roman
# 2007-0079615
Div 11 CB
Cook County Jail
PO Box 089002
Chicago, IL 60608