IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSELITO ROMAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1636 |
| | ) | |
| v. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| OFFICER MATTHEW SCOTT and | ) | MAGISTRATE DENLOW |
| JASON MOTYKA | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION TO STAY PROCEEDINGS

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS MOTION TO STAY PROCEEDINGS.**

Please take further notice that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting on the 28th day of August, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard and present this motion.

**DATED** at Chicago, Illinois this 26th day of August, 2008.


 **/s/** *Le'Ora Tyree*
LE'ORA TYREE
Assistant Corporation Counsel
 30 N. LaSalle Street, Suite 1020

Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF FILING AND CERTIFICATE OF SERVICE** to be served electronically upon represented parties via the CM/ECF electronic filing system this 26th day of August, 2008.


**/s/** *Le'Ora Tyree*
LE'ORA TYREE