# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1636 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Joselito Roman (#2007-0079615) vs. Matthew R. Scott , et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Defendants' motion to stay proceedings [21] and on Plaintiff Joselito Roman's ("Roman") "request for continuance" [20.] (Mot. 1). Both parties seek essentially the same relief. Defendants and Roman both ask that the proceedings be stayed since there is an ongoing state criminal proceeding. We will grant the motions [20] and [21] to the extent that we will stay the instant action until January 13, 2009. The next status hearing is set for January 13, 2009, at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|